**2013–1482. State ex rel. Brown v. Kasay.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1483. State ex rel. Brown v. Hunter.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1493. State ex rel. Rittner v. Barber.**
In Mandamus. On consolidated motions to dismiss. Motions granted. On motion to declare relator a vexatious litigator. Motion denied. Cause dismissed.

PFEIFER, O'DONNELL, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

O'CONNOR, C.J., and LANZINGER, J., would grant the motion to declare relator a vexatious litigator.

**2013–1525. Caldwell v. Henson.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1573. Tolliver v. O'Shaughnessy.**
In Procedendo. On motion to dismiss amended complaint. Motion granted. Request for permission to amend in lieu of dismissal, motion to strike amended complaint, and motion to dismiss are denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2013–0496. State v. Hazel.**
Clark App. Nos. 2011–CA–101 and 2012–CA–22, 2013-Ohio-118. On motion for a status review. Motion denied.

**2013–1014. In re Application of Ohio Power Co.**
Public Utilities Commission, No. 12–1126–EL–UNC. On consideration of appellant Industrial Energy Users–Ohio's motion for protective order and intervening appellee Ohio Power Company's motion for protective order. Industrial Energy Users–Ohio's motion for protective order is denied and Ohio Power Company's motion for protective order is granted.

O'DONNELL, KENNEDY, and O'NEILL, JJ., dissent and would grant the motion for protective order of Industrial Energy Users–Ohio.

PFEIFER, J., dissents and would deny the motion for protective order of Ohio Power Company.

**2013–1557. State v. Hoover.**
Seneca App. No. 13–13–17. On motion for delayed appeal. Motion denied.

PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

**2013–1566. State v. Collins.**
Knox App. No. 12 CA 20, 2013-Ohio-2419. On motion for delayed appeal. Motion denied.

PFEIFER and KENNEDY, JJ., dissent.

**2013–1574. Fondessy v. Simon.**
Ottawa App. No. OT–11–041, 2013-Ohio-3465. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 4 of the court of appeals' entry filed September 20, 2013:

"Whether R.C. 2903.211(A)(1) requires a victim to actually experience mental distress or only believe that the stalker will cause the victim physical harm or mental distress, for a court to issue a civil stalking protection order."

O'CONNOR, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

The conflict case is *Caban v. Ransome,* 7th Dist. Mahoning No. 08 MA 36, 2009-Ohio-1034.